1  RANDY W. GIMPLE [Bar No.: 129705]
   JAN E. ELLARD [Bar No.: 171947]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111
   Telephone:    (415) 391-3911
4  Facsimile:    (415) 391-3898

5  Attorneys for Plaintiff
   Liberty Mutual Fire Insurance Company
6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  LIBERTY MUTUAL FIRE INSURANCE      )   CASE NO.:   C10-01878 LB
    COMPANY,                           )
12                                     )   **STIPULATION AND [PROPOSED]**
              Plaintiff,               )   **ORDER CONTINUING INITIAL CASE**
13                                     )   **MANAGEMENT CONFERENCE**
         vs.                           )
14                                     )
    WATERSAVER FAUCET CO.              )
15                                     )
              Defendant.               )
16                                     )
                                       )
17

18        All parties, through their undersigned counsel of record, hereby stipulate as follows:

19        1.    The Initial Case Management Conference for this matter was initially set by the

20  Court for August 26 2010 at 1:30 p.m. in Courtroom 4, 3rd Floor of the referenced court in

21  Oakland.  On July 21, 2010, this Court rescheduled the Initial Case Management Conference to

22  August 23, 2010 at 1:30 p.m., Courtroom 4, 3rd Floor of the referenced Court in Oakland.

23        2.    Counsel for the Plaintiff is unavailable on August 23, 2010 for the Initial Case

24  Management Conference.  In addition, the parties are discussing an informal resolution of this

25  matter, also warranting a short continuance of the Initial Case Management Conference.

26        3.    Based on the foregoing, the parties stipulate to continue the Initial Case

27  Management for approximately thirty (30) days to September 23, 2010 at 1:30 p.m., Courtroom 4,

28

7-27-10 Stip and Order to Continue CMC

1  3rd Floor at the referenced Court in Oakland, California in the referenced court or, as soon
2  thereafter as the Court deems proper.

3      4. The parties also further stipulate and agree to continue all dates that correspond to
4  the Initial Case Management Conference (e.g., dates to meet and confer regarding initial
5  disclosures, early settlement, ADR stipulation and discovery plans).

6      IT IS SO STIPULATED.

8  DATED: July_, 2010                                      CARLSON, CALLADINE & PETERSON LLP

11                                              By: /s/
                                            JAN E. ELLARD
12                                              Attorneys for Plaintiff, LIBERTY MUTUAL
                                            FIRE INSURANCE COMPANY

13                                              BRAGG & KULEVA

14  DATED: July___, 2010                                 By: /s/
15                                              KENNETH DZIESINSKI, Attorneys for
                                            Defendant, WATER SAVER FAUCET CO.

18      PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  DATED: August 4, 2010                              MAGISTRATE JUDGE LAUREL BEELER