UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br>  v.<br><br>WATERSAVER FAUCET CO.,<br><br>    Defendant(s).<br>_____/ | No. C 10-01878 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 3, 2010, Plaintiff Liberty Mutual Fire Insurance Company filed a joint case management conference on behalf of itself and Defendant Watersaver Faucet Co.[1] ECF No. 10. In their statement, the parties request a 60-day continuance of the case management conference currently set for September 23, 2010, to allow them additional time to engage in settlement negotiations. The Court therefore continues the case management conference to November 18, 2010, at 1:30 pm. The parties shall file their joint case management statement by November10, 2010. Additionally, the Court continues the Rule 26 disclosure deadline to November 10, 2010.

/ / /

/ / /

---

[1] To date, Defendant has not appeared in this matter.

C 10-01878

1 Plaintiff shall serve a copy of this order on Defendant.

2 **IT IS SO ORDERED.**

3 Dated: September 3, 2010

4 _____
LAUREL BEELER
United States Magistrate Judge